IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DWIGHT A. BARTUNEK, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04CV3034 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| J. PRUSMACK, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is before the court on filing no. 31, a post-judgment motion filed by the plaintiff. Judgment has been entered in this case, and the case is closed. Accordingly, no further action will be taken by this court. Filing no. 31 is denied.

    SO ORDERED.

    DATED this 26th day of May, 2005.

                                    BY THE COURT:

                                    s/F.A. GOSSETT
                                    United States Magistrate Judge